JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOPHIA LOREN CURRY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>　　　　　Respondent. | Case No. EDCV 14-2518-KES<br><br>**JUDGMENT** |

　　For the reasons stated in the Memorandum Opinion and Order filed herewith,

　　IT IS HEREBY ADJUDGED that the decision of the Social Security Commissioner is AFFIRMED and this action is DISMISSED with prejudice.

Dated: October 05, 2015

_Karen E. Scott_
_____
KAREN E. SCOTT
United States Magistrate Judge